TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00291-CV

Aluminum Company of America, Appellant

v.

Bernice Cavitt and Floyd Cavitt, Appellees

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 25,792, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING 

PER CURIAM

 Appellant, Aluminum Company of America, and appellees, Bernice Cavitt and
Floyd Cavitt, have filed a Joint Motion to Vacate Trial Court's Judgment and Dismiss Case
Pursuant to Settlement Agreement in this cause. We grant the motion and dismiss this appeal. 
See Tex. R. App. P. 42.1(a)(1).

Before Justices Jones, Yeakel and Patterson

Dismissed on Joint Motion

Filed: March 9, 2000

Do Not Publish